

**U. S. Department of Justice**

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *Terry Sanford Federal Building* | *Telephone (919) 856-4530* |
| *310 New Bern Avenue* | *Criminal FAX (919) 856-4487* |
| *Suite 800* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

## M E M O R A N D U M

DATE:       July 31, 2018

TO:         Clerk's Office
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

REPLY TO:   Robert J. Higdon, Jr.
            United States Attorney

ATTN OF:    SEBASTIAN KIELMANOVICH
            Assistant United States Attorney

SUBJECT:    UNITED STATES v. SARAH EMILIA SILVERIO-POLANCO
            No. 5:18-CR-302-1D   WESTERN DIVISION


Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.


SK:jk

cc:  US Marshal Service
     US Probation Office